1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile: (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated



8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 Adobe Systems Incorporated,           )  Case No.
                                         )
12                Plaintiff,             )  
                                         )  PLAINTIFF'S DECLINATION TO
13         v.                            )  PROCEED BEFORE A MAGISTRATE
                                         )  JUDGE AND REQUEST FOR
14 Gennadiy Barbin, Nataliya Barbin and Does 1 – )  REASSIGNMENT TO A UNITED
   10, inclusive,                        )  STATES DISTRICT JUDGE
                                         )
15                Defendants.            )

16    **REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

17     The undersigned party hereby declines to consent to the assignment of this case to a United
18 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case
19 to a United States District Judge.
20

21 Dated: July 21, 2008                  J. Andrew Coombs, A Professional Corp.
22
23                                       By: _____
                                              J. Andrew Coombs
24                                            Annie S. Wang
                                         Attorneys for Plaintiff Adobe Systems Incorporated
25

---

Adobe v. Barbin: Declination to Proceed Before Magistrate       - 1 -