**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ADOBE SYSTEMS INCORPORATED,                    No. C 08-03525 CRB

12             Plaintiff,                           **Clerk's Notice**

13      v.

14   GENNADIY BARBIN, ET AL,

15             Defendant.
                                              /
16

17   YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for

18   Friday, October 31, 2008  at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case
     management scheduling order shall remain the same.
19

20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
     San Francisco, CA  94102.
21

22
     Dated:   August 4, 2008                        FOR THE COURT,
23
                                                    Richard W. Wieking, Clerk
24
                                                    By:_____
25                                                     Barbara Espinoza
                                                       Courtroom Deputy
26

27

28